Daniel J. McLoon (State Bar No. 109598)
djmcloon@jonesday.com
Suzanne Cate Jones (State Bar No. 157496)
scjones@jonesday.com
Lisa C. McCurdy (State Bar No. 228755)
lcmccurdy@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:      (213) 489-3939
Facsimile:      (213) 243-2539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| EUNICE M. HARMS and GLENN WATANABE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1-10,<br><br>Defendants. | Case No. C 07-00697 (JF)<br><br>Assigned for all purposes to the Honorable Jeremy Fogel<br><br>DECLARATION OF KIMBERLY HUGHES IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S RESPONSE TO PLAINTIFFS' NOTICE OF PREVIOUSLY DISMISSED ACTION AND MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a) |

LAI-2854704v1

- 1 -

DECLARATION OF KIMBERLY HUGHES

1       I, Kimberly Hughes, declare:

2       1.    I am a Consumer Affairs Special Services Specialist Consultant in the National

3   Consumer Assistance Center of Experian Information Solutions, Inc. ("Experian") located in

4   Allen, Texas. I have been so employed by Experian since July 2000. I began my employment

5   with Experian as a Customer Service Representative in 1997. My responsibilities include

6   processing, responding, and examining consumer complaints; verifying and updating consumers'

7   credit profile disputes; and researching records regarding Experian subscribers relating to

8   consumer complaints. Based upon my experience with Experian, I am familiar with the manner

9   and procedures by which credit reports and consumer file disclosures contained in Experian's

10  files are prepared and maintained.

11      2.    Unless otherwise stated, the facts set forth herein are based upon my personal

12  knowledge and information available to me in the above referenced capacity and, if I were called

13  upon to testify to them, I could and would competently do so.

14      3.    I make this declaration in support of Defendant Experian's Response To Plaintiffs'

15  Notice Of Previously Dismissed Action And Motion To Transfer Venue Pursuant To 28 U.S.C.

16  § 1404(A).

17      4.    Experian operates a consumer credit reporting agency under the guidelines of the

18  Fair Credit Reporting Act (the "FCRA"). Experian gathers credit information originated by

19  others and makes that information available to parties engaged in credit related transactions.

20      5.    Experian's principal place of business is located in Costa Mesa, California. The

21  majority of persons knowledgeable about Experian's business practices and systems are located

22  in Costa Mesa, California; Allen, Texas; and McKinney, Texas.

23      7.    Documents such as credit disclosures and administrative reports relating to

24  Plaintiffs Eunice Harms and Glenn Watanabe, as well as the putative class members, would be

25  located in Costa Mesa, California and Allen, Texas.

26      8.    Documentation relating to Experian's policies, practices, procedures and systems

27  would also be located in Costa Mesa, California and Allen, Texas.

28      ///

LAI-2854704v1

-2-

DECLARATION OF KIMBERLY HUGHES

1     ///

2     I declare under penalty of perjury that the foregoing is true and correct.

3     Executed this _19TH_ day of March 2007, at Allen, Texas.

4

5

6                                            Kimberly Hughes

7                                            Kimberly Hughes

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28