Daniel J. McLoon (State Bar No. 109598)
djmcloon@jonesday.com
Suzanne Cate Jones (State Bar No. 157496)
scjones@jonesday.com
Lisa C. McCurdy (State Bar No. 228755)
lcmccurdy@jonesday.com
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:     (213) 489-3939
Facsimile:     (213) 243-2539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| EUNICE M. HARMS and GLENN WATANABE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. and DOES 1-10,<br><br>Defendants. | Case No. C 07-00697 (JF)<br><br>Assigned for all purposes to the Honorable Jeremy Fogel<br><br>[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN'S MOTION TO TRANSFER VENUE<br><br>[Response to Plaintiffs' Notice of Previously Dismissed Action and Defendant's Notice of Motion and Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a); Memorandum of Points and Authorities and Supporting Declarations Filed Concurrently Herewith]<br><br>HEARING<br><br>DATE: May 11, 2007<br>TIME: 9:00 a.m.<br>COURTROOM:  3 (5TH FLOOR) |

LAI-2857393v1

[PROPOSED] Order on Motion to Transfer Venue
CASE NO. C 07-00697 (JF)

1      On May 11, 2007, the motion of defendant Experian Information Solutions, Inc.

2 ("Experian") to transfer venue pursuant to 28 U.S.C. §1404(a), came on regularly for hearing in

3 Courtroom 3 of the above-entitled Court before the Honorable Jeremy Fogel, Judge presiding.

4      After consideration of the moving and opposing papers filed in connection with this

5 Motion, hearing oral arguments thereon, and finding good cause therefore,

6      IT IS HEREBY ORDERED that:

7      1.     Experian's motion to transfer venue is granted;

8      2.     The above-captioned matter is ordered transferred to the United States District

9 Court, Central District of California.

DATED: _____, 2007

                                                    Honorable Jeremy Fogel
                                                    United States District Court for
                                                     the Northern District of California